UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BETSY MCALLISTER, | ) | Case No.: 1:06 CV 2362 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | <u>ORDER</u> |
| CAVALIERS OPERATING COMPANY, LLC., | ) ) | |
| Defendant | ) | |

This court has been advised by Magistrate Judge William H. Baughman, Jr., that Plaintiff's counsel reported that this action has been settled and the parties will be submitting a dismissal entry to the court by September 14, 2007. Therefore, it is not necessary that the action remain upon the calendar of the court.

IT IS ORDERED that this action is hereby closed. The court retains jurisdiction to vacate this Order to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

Dated: August 30, 2007